UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL McKINNEY,<br><br>    Petitioner,<br><br>    v.<br><br>KELLY SANTORO,<br><br>    Respondent. | No. 2:23-cv-0416 DB P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, initiated this action with a petition a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on March 6, 2023. On May 1, 2023, petitioner paid the required filing fee. On May 4, 2023, petitioner filed a notice stating petitioner would like to amend the petition. On May 24, 2023, petitioner filed a motion to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Because petitioner has paid the filing fee, the motion to proceed in forma pauperis (ECF No. 6) is denied as moot.

2. Petitioner is granted 30 days from service of this order to submit an amended petition; if petitioner no longer wants to amend then petitioner shall file a notice so stating.

////

////

1

3. The Clerk of the Court is directed to send petitioner the court's form for application for writ of habeas corpus.

Dated:  June 15, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
mcki0416.35amnd